1  JAMES McMANIS (40958)
   ABIMAEL BASTIDA (303355)
2  CHRISTOPHER ROSARIO (326436)
   McMANIS FAULKNER
3  a Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone: (408) 279-8700
5  Facsimile: (408) 279-3244
   Email:  jmcmanis@mcmanislaw.com
6  Email: abastida@mcmanislaw.com

7  Attorneys for Plaintiff
   ROSALINA CALONGE

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| ROSALINA CALONGE, an individual and successor in interest to FRANCIS CALONGE, deceased,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF SAN JOSE, a municipal public entity; EDWARD CARBONI, individually; and DOES 1-50, inclusive,<br><br>        Defendants,<br><br>   and<br><br>FRANCISCO CALONGE, an individual,<br><br>        Nominal Defendant. | Case No. 20-cv-07429 NC<br><br>**DECLARATION OF ABIMAEL BASTIDA IN SUPPORT OF PLAINTIFF'S OBJECTIONS TO DEFENDANTS' BILL OF COSTS** |

12

13

14

15

16

17

18

19

20

21

22

23  ///

24  ///

25  ///

26  ///

27

28

___

DECLARATION OF ABIMAEL BASTIDA IN SUPPORT OF PLAINTIFF ROSALINA CALONGE'S
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; CASE NO. 20-cv-07429 NC

1    I, Abimael Bastida, declare:

2    1.    I am an attorney at law licensed to practice before all courts of the State of

3    California.  I am admitted to the United States District Court for the Northern District of

4    California.  I am a partner at McManis Faulkner, counsel of record for plaintiff, Rosalina

5    Calonge ("plaintiff").  I submit this declaration in support of plaintiff's Opposition to

6    Defendants' Bill of Costs.  This declaration is based upon my own personal knowledge.  If

7    called as a witness to testify to the matters asserted, I could testify competently.

8    2.    On September 23, 2022, I met and conferred by email and telephone with

9    counsel for defendants, Wesley Klimczak, in an effort to resolve plaintiff's disagreement with

10   defendant's Bill of Costs.  Mr. Klimczak and I, however, were unable to reach a resolution.

11   I declare under penalty of perjury under the laws of the United States of America that

12   the foregoing is true and correct.

13

14   DATED:  September 26, 2022          /s/ *Abimael Bastida*
                                         ABIMAEL BASTIDA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ABIMAEL BASTIDA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' BILL OF COSTS; CASE NO. 20-cv-07429 NC