JAMES McMANIS (40958)
ABIMAEL BASTIDA (303355)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email:  jmcmanis@mcmanislaw.com
Email: abastida@mcmanislaw.com

Attorneys for Plaintiff
ROSALINA CALONGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSALINA CALONGE, an individual and successor in interest to FRANCIS CALONGE, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, a municipal public entity; EDWARD CARBONI, individually; and DOES 1-50, inclusive,<br><br>Defendants,<br><br>and<br><br>FRANCISCO CALONGE, an individual,<br><br>Nominal Defendant. | Case No. 20-cv-07429 NC<br><br>**DECLARATION OF ABIMAEL BASTIDA IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN PLAINTIFF'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO REVIEW CLERK'S TAXATION OF COSTS** |

I, Abimael Bastida, declare:

1.  I am an attorney at law licensed to practice before all courts of the State of California and am admitted to the United States District Court for the Northern District of California. I am a partner at McManis Faulkner, counsel of record for plaintiff Rosalina Calonge ("Plaintiff"). I submit this declaration in support of the administrative motion filed by

Plaintiff. If called as a witness to testify to the matters asserted, I could testify competently and completely.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Rosalina Calonge in Support of Plaintiff's Motion to Review Clerk's Taxation of Costs Pursuant to FRCP 54(d)(1).

3. The portions of the Declaration of Rosalina Calonge in Support of Plaintiff's Motion to Review Clerk's Taxation of Costs Pursuant to FRCP 54(d)(1) sought to be sealed are sealable because they constitute personal confidential information regarding Plaintiff's financial information and private familial affairs, as discussed more fully in Plaintiff's Administrative Motion filed herewith.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 4, 2023

/s/ *Abimael Bastida*
ABIMAEL BASTIDA