1 | JAMES McMANIS (40958)
ABIMAEL BASTIDA (303355)
2 | McMANIS FAULKNER
a Professional Corporation
3 | 50 West San Fernando Street, 10th Floor
San Jose, California 95113
4 | Telephone: (408) 279-8700
Facsimile: (408) 279-3244
5 | Email:  jmcmanis@mcmanislaw.com
Email: abastida@mcmanislaw.com
6 |
Attorneys for Plaintiff
7 | ROSALINA CALONGE

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11 | ROSALINA CALONGE, an individual and
successor in interest to FRANCIS CALONGE,
12 | deceased,

13 | Plaintiff,

14 | vs.

15 | CITY OF SAN JOSE, a municipal public
entity; EDWARD CARBONI, individually; and
16 | DOES 1-50, inclusive,

17 | Defendants,

18 | and

19 | FRANCISCO CALONGE, an individual,

20 | Nominal Defendant.

21

22

Case No. 20-cv-07429 NC

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN PLAINTIFF'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO REVIEW CLERK'S TAXATION OF COSTS**

23 | Having reviewed Plaintiff's Administrative Motion To File Under Seal Confidential

24 | Information In Plaintiff's Declaration In Support Of Plaintiff's Motion To Review Clerk's

25 | Taxation Of Costs, and supporting declaration, this Court **ORDERS as follows:**

26 | Plaintiff's Administrative Motion is GRANTED.

27 | Confidential information in the Declaration of Rosalina Calonge in Support of

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CONFIDENTIAL INFORMATION IN PLAINTIFF'S DECLARATION IN SUPPORT OF PLAINTIFF'S
MOTION TO REVIEW CLERK'S TAXATION OF COSTS; CASE NO. 20-cv-07429 NC

1  Plaintiff's Motion to Review Clerk's Taxation of Costs Pursuant to FRCP 54(d)(1) is sealable

2  pursuant to Civil Local Rule 79-5.

3      Specifically, the sealable portions are:

4

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|
| Declaration of Rosalina Calonge in Support of Plaintiff's Motion to Review Clerk's Taxation of Costs Pursuant to FRCP 54(d)(1) | • Paragraphs 2-7 disclose Plaintiff's hourly wage, rent amount, living expenses, financial gifts, and other personal confidential information. |

11    **IT IS SO ORDERED.**

13  DATED: _____, 2023    _____

14                                        THE HONORABLE NATHANAEL COUSINS
                                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CONFIDENTIAL INFORMATION IN PLAINTIFF'S DECLARATION IN SUPPORT OF PLAINTIFF'S
MOTION TO REVIEW CLERK'S TAXATION OF COSTS; CASE NO. 20-cv-07429 NC