```
 1  JAMES McMANIS (40958)
    ABIMAEL BASTIDA (303355)
 2  McMANIS FAULKNER
    a Professional Corporation
 3  50 West San Fernando Street, 10th Floor
    San Jose, California 95113
 4  Telephone: (408) 279-8700
    Facsimile: (408) 279-3244
 5  Email:  jmcmanis@mcmanislaw.com
    Email:  abastida@mcmanislaw.com
 6
    Attorneys for Plaintiff
 7  ROSALINA CALONGE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSALINA CALONGE, an individual and successor in interest to FRANCIS CALONGE, deceased,<br><br>              Plaintiff,<br><br>      vs.<br><br>CITY OF SAN JOSE, a municipal public entity; EDWARD CARBONI, individually; and DOES 1-50, inclusive,<br><br>              Defendants,<br><br>      and<br><br>FRANCISCO CALONGE, an individual,<br><br>              Nominal Defendant. | Case No. 20-cv-07429 NC<br><br>**DECLARATION OF ROSALINA CALONGE IN SUPPORT OF PLAINTIFF'S MOTION TO REVIEW CLERK'S TAXATION OF COSTS PURSUANT TO FRCP 54(d)(1)**<br><br>Date:          May 17, 2023<br>Time:         1:00 p.m.<br>Courtroom: Courtroom 5, 4th Floor<br>Judge:        The Hon. Nathanael Cousins |

I, Rosalina Calonge, declare:

1.  I am the plaintiff in the above-captioned matter.

2.  I work ▮▮▮▮ as a machinist ▮▮▮▮ located in Fremont, California. My hourly wage is ▮▮▮▮. I work approximately ▮▮▮▮ per week.

3.  In March of 2023, ▮▮▮▮ laid off over two hundred employees. I was not laid off but am fearful of future layoffs.

1	4.	I am a single mother and live alone in San Jose, California. My rent is ■ per month. My monthly expenses range from ■ per month, not including groceries or gas.

2	5.	■ I have no other source of income.

3	6.	I am not currently enrolled in any government financial assistance programs. ■

4	7.	All my income, ■ goes towards my rent and living expenses.

5	8.	Having to pay the $7,327.05 bill of costs would create a financial hardship for me that would severely and negatively impact my financial stability.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 4, 2023

*Rosalina Calonge*
ROSALINA CALONGE