1  JAMES McMANIS (40958)
   ABIMAEL BASTIDA (303355)
2  McMANIS FAULKNER
   a Professional Corporation
3  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
4  Telephone: (408) 279-8700
   Facsimile: (408) 279-3244
5  Email:  jmcmanis@mcmanislaw.com
   Email: abastida@mcmanislaw.com
6
   Attorneys for Plaintiff
7  ROSALINA CALONGE

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 | ROSALINA CALONGE, an individual and          | Case No. 20-cv-07429 NC
   | successor in interest to FRANCIS CALONGE,    |
12 | deceased,                                    | **[PROPOSED] ORDER GRANTING
   |                                              | PLAINTIFF'S MOTION TO REVIEW
13 |              Plaintiff,                      | CLERK'S TAXATION OF COSTS
   |                                              | PURSUANT TO FRCP 54(d)(1)**
14 |      vs.                                     |
   |                                              | Date:       May 17, 2023
15 | CITY OF SAN JOSE, a municipal public         | Time:       1:00 p.m.
   | entity; EDWARD CARBONI, individually; and    | Courtroom:  Courtroom 5, 4th Floor
16 | DOES 1-50, inclusive,                        | Judge:      The Hon. Nathanael Cousins
   |                                              |
17 |              Defendants,                     |
   |                                              |
18 |      and                                     |
   |                                              |
19 | FRANCISCO CALONGE, an individual,            |
   |                                              |
20 |                                              |
   |              Nominal Defendant.              |
21

22

23

24

25

26

27

28

---

[PROPOSED] MOTION GRANTING PLAINTIFF'S MOTION TO REVIEW CLERK'S TAXATION OF COSTS PURSUANT TO FRCP 54(d)(1); CASE NO. 20-cv-07429 NC

Plaintiff's Motion To Review Clerk's Taxation Of Costs Pursuant to FRCP 54(d)(1) came on before the Court for hearing on May 17, 2023.  The Court, having read and considered the papers and argument by counsel, and good cause appearing therefore, **ORDERS as follows:**

Plaintiff's Motion is GRANTED.  This Court exercises its discretion and DECLINES to award costs.

**IT IS SO ORDERED.**

DATED: _____, 2023

THE HON. NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE