```
JAMES McMANIS (40958)
ABIMAEL BASTIDA (303355)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email: jmcmanis@mcmanislaw.com
Email: abastida@mcmanislaw.com

Attorneys for Plaintiff
ROSALINA CALONGE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSALINA CALONGE, an individual and successor in interest to FRANCIS CALONGE, deceased,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF SAN JOSE, a municipal public entity; EDWARD CARBONI, individually; and DOES 1-50, inclusive,<br><br>    Defendants,<br><br>    and<br><br>FRANCISCO CALONGE, an individual,<br><br>    Nominal Defendant. | Case No. 20-cv-07429 NC<br><br>**REPLY DECLARATION OF ABIMAEL BASTIDA IN SUPPORT OF PLAINTIFF'S MOTION TO REVIEW CLERK'S TAXATION OF COSTS PURSUANT TO FRCP 54(d)(1)**<br><br>Date:          May 17, 2023<br>Time:         1:00 p.m.<br>Courtroom: Courtroom 5, 4th Floor<br>Judge:        The Hon. Nathanael Cousins |

///

///

///

///

I, Abimael Bastida, declare:

1. I am an attorney at law licensed to practice before all courts of the State of California. I am admitted to the United States District Court for the Northern District of California. I am a partner at McManis Faulkner, counsel of record for plaintiff, Rosalina Calonge ("plaintiff"). I submit this reply declaration in support of plaintiff's Motion to Review Clerk's Taxation of Costs Pursuant to FRCP 54(d)(1). This declaration is based upon my own personal knowledge. If called as a witness to testify to the matters asserted, I could testify competently.

2. To date, Plaintiff has not paid any legal costs regarding her appeal of this Court's order granting summary judgment in this case. Those legal costs have been advanced by McManis Faulkner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 25, 2023

_____
ABIMAEL BASTIDA

---

1

REPLY DECLARATION OF ABIMAEL BASTIDA IN SUPPORT OF PLAINTIFF'S MOTION TO REVIEW CLERK'S TAXATION OF COSTS PURSUANT TO FRCP 54(d)(1); CASE NO. 20-cv-07429 NC