UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINA CALONGE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE and EDWARD CARBONI,<br><br>    Defendants. | Case No. 20-cv-07429-NC<br><br>**JUDGMENT** |

In accordance with the Court's order on January 15, 2025, dismissing without prejudice the plaintiff's California Public Records Act Claim, and in accordance with the jury verdict returned on April 11, 2025, judgment is entered as follows: in favor of the defendant Edward Carboni on the 42 U.S.C. § 1983 claim; in favor of the defendants Edward Carboni and the City of San Jose on the California Bane Act claim; in favor of the defendants Edward Carboni and the City of San Jose on the wrongful death claim; and in favor of the defendants Edward Carboni and the City of San Jose on the battery claim. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 11, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge